

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00081-CV

**IN THE INTEREST OF E.C.G.**, J.C.G., J.J.G., J.A.G., J.Z.G., and E.R.G., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01841
Honorable John D. Gabriel, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, and JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

We do not tax costs because appellant is indigent.

SIGNED November 25, 2020.

_____
Luz Elena D. Chapa, Justice

---

[1] Senior Judge, sitting by assignment